Bernard Johnson and Ernest Johnson, Doing Business under the Firm Name of Johnson Brothers, Respondents, v: Ann A. Callahan and Delia Hughes, Appellants.— Judgment modified by granting leave to defendants to withdraw demurrer and plead over on payment of costs in the court below. Costs in this court to the defendants. No opinion.

Chandler A. Oakes, Respondent, v. Thomas B. Riter, Appellant, Impleaded with Murt K. Salsbury and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James M. O'Donnel, Appellant, v. George B. McClellan and Others, Constituting the Board of Estimate and Apportionment of the City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Kopetzky, Respondent, v. Brown-Forman Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary E. McNulty, Respondent, v. Patrick J. McNulty, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elias M. Stanbery, Appellant, v. Chase Andrews, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Bessie Strasburger and Carrie Vogel, Respondents, v. Julius Janowitz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Francis J. Groarke, an Infant, by Francis Groarke, His Guardian ad Litem, Respondent, v. George Laemmle, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. William H. McNutt.— Motion denied on condition that appellant be ready for June term.

The People of the State of New York v. Bell Montague.— Motion granted.

The People of the State of New York v. Thomas G. Walsh.— Motion denied on condition that appellant be ready for June term.

The People of the State of New York v. Barnet Rosenberg.— Motion denied on condition that appellant be ready for June term.

The People of the State of New York v. Joseph Ferone.— Motion denied on condition that appellant be ready for June term.

George G. Dewsnap v. Moses Matthews and Moses Valenstein.— Motion granted, with ten dollars costs.

Edmund M. Smedberg v. Vermont Marble Company.— Motion granted, with ten dollars costs.

Martin Rosenberg v. Ullman Manufacturing Company.— Motion granted, with ten dollars costs.